

# NUMBER 13-24-00290-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JUAN ANTONIO VIACOBO,                                        Appellant,

v.

REAL ESTATE HUNTING
INVESTMENTS LLC,                                              Appellee.

## ON APPEAL FROM THE 476TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Tijerina and Peña
Memorandum Opinion by Justice Tijerina**

On May 30, 2024, appellant filed a notice of appeal in this Court. On May 31, 2024, the Clerk of the Court notified appellant that it appeared that appellant was attempting to appeal an order which is unappealable. Appellant was notified that if the defect was not cured within ten days from the date of the notice, the appeal would be dismissed. *See*

TEX. R. APP. P. 42.3. Appellant was also asked to remit the $205.00 filing fee within ten days from the date of the notice. On June 21, 2024, the Clerk of the Court again notified appellant of the delinquent filing fee; appellant was further notified that if the filing fee was not paid within ten days from the date of the notice, the appeal would be dismissed. *See id.*

Appellant has not cured the defective notice of appeal, paid the filing fee, nor otherwise responded to the notices from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b),(c).

JAIME TIJERINA
Justice

Delivered and filed on the
8th day of August, 2024.

2